Clyde G. BENEDICT, Respt., v. Carroll M. ROBERTSON, Applt. (Supreme Court, Appellate Division. First Department. June 23, 1916.) Judgment affirmed, with costs, with

leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. No opinion. Order filed.